UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| DOUGLAS TURNER,<br><br>    Plaintiff,<br><br>v.<br><br>NEXSTAR BROADCASTING, INC., NEXSTAR MEDIA GROUP, INC., and JOHN/JANE DOE,<br><br>    Defendants. | Civil Action No.:<br><br>[formerly Case No. 2017-CP-23-06529, Eighth Judicial Circuit Court of Common Pleas for Greenwood County, South Carolina]<br><br>**AFFIDAVIT OF EDWARD FENNO IN SUPPORT OF NOTICE OF REMOVAL** |

Personally appeared before me, Edward Fenno, who being duly sworn deposes and says as follows:

1. I am the attorney for Defendants Nexstar Broadcasting, Inc. and Nexstar Media Group, Inc. (collectively, "Defendants").

2. I have personal knowledge of the matters contained in this Affidavit unless alleged on information and belief.

3. Defendant Nexstar Broadcasting, Inc. is an entity incorporated in Delaware with a principal place of business in Texas. Defendant Nexstar Broadcasting, Inc. was recently renamed Nexstar Inc. It is still incorporated in Delaware with a principal place of business in Texas.

4. Defendant Nexstar Media Group, Inc. is an entity incorporated in Delaware with a principal place of business in Texas.

5. Defendants first received a copy of the Summons and Complaint on October 26, 2020 and were formally served with the Summons and Complaint on November 2, 2020.

6. Defendants have not yet filed a responsive pleading.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Edward Fenno

Sworn to and subscribed before me

this __25th__ day of November, 2020

_____
Notary Public for South Carolina
My Commission expires: __08/09/2023__

