UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| DOUGLAS TURNER, | ) | Civil Action No.: 8:20-cv-04115-BHH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO DISMISS BY** |
| v. | ) | **DEFENDANTS NEXSTAR** |
| | ) | **BROADCASTING, INC. AND** |
| NEXSTAR BROADCASTING, INC., | ) | **NEXSTAR MEDIA GROUP, INC.** |
| NEXSTAR MEDIA GROUP, INC., and | ) | |
| JOHN/JANE DOE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

Defendants Nexstar Broadcasting, Inc. and Nexstar Media Group, Inc. ("the Nexstar Defendants") hereby move to dismiss Plaintiff Douglas Turner's entire Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support of this motion, the Nexstar Defendants submit the attached Memorandum of Law, the other pleadings and papers filed in this action, any oral argument allowed by this Court, and any other materials of which this Court takes judicial notice.

Respectfully submitted,

FENNO LAW FIRM, LLC

By:  s/Edward T. Fenno
Edward T. Fenno (Fed. ID. No. 7498)
1459 Stuart Engals Blvd., Suite 202
Mt. Pleasant, South Carolina 29413
Ph: (843) 720-3747
Fax: (843) 614-5093
Email: efenno@fennolaw.com

- 2 -

                                                       ATTORNEYS FOR DEFENDANTS
                                                       NEXSTAR BROADCASTING, INC. AND
                                                       NEXSTAR MEDIA GROUP, INC.

December 1, 2020
Mt. Pleasant, South Carolina

FL/LI/NEX001-3/1010