**EXHIBIT 7**

