# EXHIBIT 8



EXHIBIT 8



# EXHIBIT 8

