UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| DOUGLAS TURNER, | ) | Civil Action No.: 8:20-cv-04115-BHH |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| NEXSTAR BROADCASTING, INC., NEXSTAR MEDIA GROUP, INC., and JOHN/JANE DOE, | ) | |
| Defendants. | ) | |

This is to certify that I have this day served a copy of the **Motion to Dismiss by Defendants Nexstar Broadcasting, Inc. and Nexstar Media Group, Inc.** and **Memorandum of Law in Support of Motion to Dismiss by Defendants Nexstar Broadcasting, Inc. and Nexstar Media Group, Inc.** (including Exhibits 1-8) upon counsel for all other parties by depositing the same in the U.S. Mail, in an envelope with sufficient postage affixed and by electronic mail, addressed as follows:

David R. Price, Jr., Esq.
Samuel B. Tooker, Esq.
DAVID R. PRICE, JR., P.A.
318 West Stone Avenue
Post Office Box 2446
Greenville, South Carolina 29602-2446
David@GreenvilleLegal.com
Sam@GreenvilleLegal.com
*Attorneys for the Plaintiff*

*s/Edward Fenno*
Edward Fenno

December 1, 2020
Mt. Pleasant, South Carolina

FL/LI/NEX001-3/1011