# EXHIBIT A

8:20-cv-04115-JD    Date Filed 12/22/20    Entry Number 11-1    Page 2 of 3

12/22/2020    Greenwood County Man Arrested on Solicitation of a Minor Charges - South Carolina Attorney GeneralSouth Carolina Attorney General



| HOME | OPINIONS | IMPORTANT LINKS | CRIME VICTIM SERVICES | MEDIA CENTER |

CONTACT

## GREENWOOD COUNTY MAN ARRESTED ON SOLICITATION OF A MINOR CHARGES



**(COLUMBIA, S.C.)** – Oct. 17, 2019 – South Carolina Attorney General Alan Wilson announced the arrest of Demarcus Tavon Blocker (age 29) of Greenwood, SC, on six charges connected to the solicitation of a minor. Internet Crimes Against Children (ICAC) Task Force investigators with the Attorney General's Office made the arrest. Investigators with the Greenwood County Sheriff's Office, US Marshal's Service, US Secret Service and Homeland Security Investigations, all also members of the state's ICAC Task Force, assisted with the arrest.

Investigators received a CyberTipline report from the National Center for Missing and Exploited Children (NCMEC) which led them to Blocker. Investigators state Blocker solicited minors for sex and distributed sexually graphic images to a minor.

Blocker was arrested on October 16, 2019. He is charged with four counts of criminal solicitation of a minor (§16-15-342), a felony offense punishable by up to ten years imprisonment on each count; one count of disseminating obscene material to a person under age eighteen (§16-15-345), a felony offense punishable by up to ten years imprisonment; and one count of Contributing to the Delinquency of a Minor (§16-17-490), a felony offense punishable by up to three years imprisonment.

The case will be prosecuted by the Attorney General's Office.

Attorney General Wilson stressed all defendants are presumed innocent unless and until they are proven guilty in a court of law.

### LATEST NEWS    VIEW ALL

**State Grand Jury Issues Indictments Alleging Public Corruption by Richland County Councilwoman Dalhi Myers**

Dec 18, 2020

(COLUMBIA, SC) – Dec. 18, 2020 – South Carolina Attorney General Alan Wilson announced today the South Carolina State Grand Jury has issued a 24-count indictment regarding allegations of public corruption by Richland County Councilwoman Dalhi Myers. The Attorney General thanked the State Grand Jury Division staff and the agencies that worked on the case. "This Office is committed to rooting out corruption in state and local government wherever it may be, and the State Grand Jury is a particularly effective tool in pursuing those who would violate the public trust," he added. On December 17, 2020 the State Grand…

+ LEARN MORE

**Horry County Man Arrested on Child Sexual Abuse Material* Charges**

Dec 17, 2020

(COLUMBIA, S.C.) – Dec. 17, 2020 – South Carolina Attorney General Alan Wilson announced the arrest of Anthony Carlo Colarusso, 31, of Myrtle Beach, S.C., on 16 charges connected to the sexual exploitation of minors. Internet Crimes Against Children (ICAC) Task Force investigators with the Horry County Sheriff's Office made the arrest. Investigators with the Attorney General's Office, also a member of the state's ICAC Task Force, assisted with the investigation.   Investigators received a CyberTipline report from the National Center for Missing and Exploited Children (NCMEC) which led them to Colarusso. Investigators state Colarusso distributed and possessed files of child…

+ LEARN MORE

8:20-cv-04115-JD    Date Filed 12/22/20    Entry Number 11-1    Page 3 of 3

12/22/2020    Greenwood County Man Arrested on Solicitation of a Minor Charges - South Carolina Attorney GeneralSouth Carolina Attorney General

| PHOTO GALLERY | View All |
|---|---|



**Attorney General Wilson attends Greenwood V.A.L.O.R. clinic free legal help for veterans, active-duty and Reserves**

## STAY CONNECTED

 Connect with Facebook

 Follow us on Twitter

 Follow Alan on Twitter

 Subscribe via RSS

### Schedule a Tour or Visit
Welcome to the on-line office for Attorney General Alan Wilson. Please visit the Contact Us page to stay in touch.

### Columbia, SC
Rembert Dennis Building | 1000 Assembly Street, Room 519 | Columbia, S.C. 29201
Phone: 1-803-734-3970 | Fax: (803) 253-6283



| Home | Inside the Office | Inside the Office | Inside the Office |
|---|---|---|---|
| Current Cases | Meet General Wilson | Clerk of Court | Internet Crimes Against Children |
| Opinions | History of the Office | Domestic Violence and Sexual Assault | Legal Services |
| Important Links | Office Overview | Capital Collateral Litigation | Tobacco |
| Media Center | | Criminal Appeals | Medicaid Fraud |
| Contact Us | | Post-Conviction Relief | Medicaid Recipient Fraud |
| Citizen Help Desk | | Criminal Prosecution Division | Securities |
| Video Gallery | | Insurance Fraud | Victim Assistance |
| Photo Gallery | | Money Services | Sexually Violent Predator |
| | | | Human Trafficking |





Copyright © 2020 South Carolina Attorney General's Office. All rights reserved. Privacy Policy