UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| DOUGLAS TURNER, | ) | Civil No.: 8:20-CV-04115-JD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JOINT STIPULATION OF** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| NEXSTAR BROADCASTING, INC., | ) | |
| NEXSTAR MEDIA GROUP, INC., and | ) | |
| JOHN/JANE DOE, | ) | |
| Defendants. | ) | |

Plaintiff DOUGLAS TURNER and Defendants NEXSTAR BROADCASTING, INC. (now known as Nexstar Media Inc.) and NEXSTAR MEDIA GROUP, INC., by and through their undersigned counsel, hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action and all claims in it are hereby dismissed **WITH PREJUDICE**. Each party to bear its own fees and costs.

[SIGNATURES ON FOLLOWING PAGE]

FL/LI/NEX001-3/1025_3                                   1

|  |  |
|---|---|
| We consent: | DAVID R. PRICE, JR., P.A. |
|  | By: s/Samuel Tooker<br>Samuel Tooker, Esquire (Fed. ID No. 12162)<br>318 West Stone Ave.<br>Greenville, South Carolina 29609 |
|  | Attorneys for Plaintiff,<br>DOUGLAS TURNER |
|  | FENNO LAW FIRM, LLC |
|  | By: s/Edward Fenno<br>Edward T. Fenno (Fed. ID No. 7498)<br>1459 Stuart Engals Blvd., Suite 202<br>Mt. Pleasant, South Carolina 29464<br>Ph: (843) 720-3747<br>Fax: (843) 614-5093<br>Email: efenno@fennolaw.com |
|  | Attorneys for Defendants,<br>NEXSTAR MEDIA GROUP, INC. and<br>NEXSTAR, BROADCASTING, INC. (now known as Nexstar Media Inc.) |
| November 16, 2021<br>Mt. Pleasant, South Carolina |  |